# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BRENDA Y. WARD,                           )
                                          )    Case No. 2:13-cv-02208-GMN-NJK
                        Plaintiff(s),     )
                                          )    ORDER DENYING MOTION FOR
v.                                        )    DEFAULT JUDGMENT
                                          )
CM SECURITIES, LLC,                       )    (Docket No. 22)
                                          )
                        Defendant(s).     )
                                          )

        Pending before the Court is Plaintiff's motion for entry of default judgment. Docket No. 22. Rule 55 provides a two-step process for obtaining default judgment: (1) obtaining a default against a non-appearing defendant pursuant to Rule 55(a); and (2) obtaining a default judgment against a defaulted defendant pursuant to Rule 55(b). *See Eitel v. McCool*, 782 F.2d 1470, 1471 (9th Cir. 1986). A motion for entry of default judgment is premature and will be denied if it is filed before obtaining default. *See, e.g.*, *Bach v. Mason*, 190 F.R.D. 567, 574 (D. Id. 1999).

        Plaintiff here has not obtained default. Accordingly, the motion for entry of default judgment is DENIED as premature.

        IT IS SO ORDERED.

        DATED: March 2, 2015

                                          _____
                                          Nancy J. Koppe
                                          United States Magistrate Judge